Keven J. Stratton [6805]
Duane L. Ostler [6298]
Scott O. Stratton [13371]
1313 East 800 North
Orem, Utah 84097
Telephone (801) 225-3570
Facsimile (435) 224-5942
keven@strattonlawgroup.com
duane@strattonlawgroup.com

Attorneys for Plaintiff

### IN THE UNITED STATES DISTRICT COURT IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ILLENS DORT, an individual,<br><br>  Plaintiff,<br><br>vs.<br><br>ADOBE SYSTEMS, INC., a Delaware Corporation,<br><br>  Defendant. | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Case No.: 2:12-cv-00220 DN<br><br>Judge David Nuffer |

Based on the stipulation and joint motion of the parties through their counsel,[1] and good cause appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED** as follows:

---

[1] Docket no. 20, filed March 11, 2013.

2

This entire action is dismissed with prejudice and on the merits, each party to bear its own fees and costs

DATED this 13th day of March, 2013.

BY THE COURT:

_____
David Nuffer
U.S. District Judge